IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ELWANDO BROWN**                                                                             **PLAINTIFF**

v.                                                                 **CIVIL ACTION NO.: 3:23-cv-00086-TSL-LGI**

**VEOLIA WATER NORTH AMERICA OPERATING
SERVICES, LLC;
BRICE MASSEY;
KELVIN PETERS;
AND JOHN AND JANE DOES 1-5**                                              **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff and Defendants by and through counsel, respectfully setting forth that they have reached a confidential settlement. All Parties have an informed understanding of their rights and responsibilities pursuant to the Settlement Agreement and have requested this matter be dismissed *with prejudice*. This Court will retain jurisdiction so as to enforce and address any dispute arising from the settlement agreement.

IT IS THERFORE ORDERED AND ADJUDGED that his case is here by DISMISSED WITH PREJUDICE as to all parties and all claims, with all parties to bear their own costs and attorney fees.

SO ORDERED AND ADJUDGED this the 3rd day of May, 2024.

/s/ Tom S. Lee
THE HONORABLE TOM S. LEE
UNITED STATES DISTRICT JUDGE

Prepared and Agreed to by:

s/*Michael R. Brown, Esq.* (MSB 99126)
THE MICHAEL R. BROWN LAW OFFICES, PLLC
120 N. Congress Street, Suite 710
Jackson, MS 39201 – mbrown@mikelawms.com
Phone: 601.948.5330

1

Fax: 601.948.5415

Agreed to on behalf of Defendants Veolia North American Operating Services, LLC and Brice Massey:

*s/Clarence Webster, III, Esq.*
Clarence Webster III (MS Bar No. 102111)
cwebster@joneswalker.com
JONES WALKER LLP
3100 North State Street, Suite 300
Jackson, MS 39216
Tel.: (601) 949-4900; Fax: (601) 949-4804


Tracy E. Kern (LA Bar No. 20246) (*pro hac vice*)
tkern@joneswsalker.com
JONES WALKER LLP
201 St. Charles Avenue, 50th Floor
New Orleans, LA 70170
Tel.: (504) 582-8134; Fax: (504) 589-8134

Laurie M. Riley (FL Bar No. 657751) (*pro hac vice*)
lriley@joneswalker.com
Jones Walker LLP
201 South Biscayne Boulevard, Suite 3000
Miami, FL 33131
Tel.: (305) 679-5728; Fax: (305) 679-5816

Agreed to on behalf of Defendant Kelvin Peters:

*s/Nick Norris, Esq.*
Nick Norris, Esq. (MSB 101574)
nick@watsonnorris.com
WATSON & NORRIS, PLLC
4209 Lakeland Drive #365
Flowood, MS 39232
(601) 968-0000